(June 10, 1987)

■ In the Matter of FURMAN M. JONES, Petitioner, v DAVID AXELROD, as Commissioner of Health of the State of New York, Respondent.—Motion, pursuant to section 800.12 of the Rules of Practice [22 NYCRR 800.12], to dismiss proceeding as abandoned, granted, without costs, on the ground that the papers in opposition fail to set forth facts from which this court may ascertain the merit to the proceeding as required by section 800.12 of this court's Rules of Practice. Mahoney, P. J., Main, Weiss, Mikoll and Levine, JJ., concur.